■ In the Matter of ELIZABETH A. ZOSH, Respondent, v THOMAS SMITH, Appellant. [915 NYS2d 882]—Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered November 18, 2009 in a proceeding pursuant to Family Court Act article 4. The order confirmed the Support Magistrate's determination that respondent willfully failed to obey an order of the court and sentenced respondent to 180 days in jail.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Carni, Lindley, Green and Gorski, JJ.